**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 99-1359

ANTHONY J. COLEY,

Plaintiff - Appellant,

versus

ADMIRALTY COATINGS CORPORATION,

Defendant - Appellee.

Appeal from the United States District Court for the Eastern District of  Virginia, at Norfolk.  J. Calvitt Clarke, Jr., Senior District Judge.  (CA-98-587-2)

Submitted:  August 19, 1999          Decided:  August 30, 1999

Before WIDENER and KING, Circuit Judges, and PHILLIPS, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Anthony Coley, Appellant Pro Se.  Robert Jon Barry, KAUFMAN & CANOLES, Norfolk, Virginia; David Nash Payne, KAUFMAN & CANOLES, Newport News, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Anthony J. Coley appeals the district court's order entering judgment for Defendant in this action alleging race discrimination in employment. We have reviewed the record and the district court's order and find no reversible error. Accordingly, we grant leave to proceed in forma pauperis and affirm on the reasoning of the district court. See Coley v. Admiralty Coatings Corp., No. CA-98-587-2 (E.D. Va. Feb. 17, 1999).[*] We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

---

[*] Although the district court's order is marked as "filed" on February 16, 1999, the district court's records show that it was entered on the docket sheet on February 17, 1999. Pursuant to Rules 58 and 79(a) of the Federal Rules of Civil Procedure, it is the date that the order was entered on the docket sheet that we take as the effective date of the district court's decision. See Wilson v. Murray, 806 F.2d 1232, 1234-35 (4th Cir. 1986).